# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MASON EDWARDS MCCULLOUGH

VERSUS

SAYLOR ROBYN-SMITH MARLIN

NO.   2022 CW 1023

**OCTOBER 06, 2022**

---

In Re:   Saylor Robyn-Smith Marlin, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 229691.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED IN PART; WRIT NOT CONSIDERED IN PART.**  The writ is denied as to the district court's August 30, 2022 interim custody ruling.   The writ is not considered as to relator's request in her supplement regarding the district court's September 20, 2022 ruling, review of which must be properly sought through a new writ application, timely filed and in compliance with the Uniform Rules of Louisiana Courts of Appeal.

**MRT**
**WRC**

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT